

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 14, 2014

---

**RICE REUTHER SULLIVAN & CARROLL, LLP**
DAVID A. CARROLL (NSB # 7643)
ANTHONY J. DIRAIMONDO (NSB # 10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099 // Facsimile: (702) 732-7110
Email: dcarroll@rrsc-law.com
       adiraimondo@rrsc-law.com

**STEPTOE & JOHNSON LLP**
FILIBERTO AGUSTI (*pro hac vice forthcoming*)
JOSHUA R. TAYLOR (*pro hac vice forthcoming*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:    (310) 734-3200 // Facsimile: (310) 734-3300
Email: fagusti@steptoe.com
       jrtaylor@steptoe.com

Attorneys for Defendant Greenberg Traurig, LLP & Bob L. Olson

**ENENSTEIN RIBAKOFF LAVINA & PHAM**
ROBERT A. RABBAT, ESQ. (NSB #12633)
3960 Howard Hughes Parkway
Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808 // Facsimile: (702) 920-8228
Email:  rrabbat@enensteinlaw.com

Attorneys for Plaintiff Park Central Plaza 32, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

PARK CENTRAL PLAZA 32, LLC,

    Debtors.

Case No. BK-S-11-14153-BTB

Chapter 11

**ORDER REOPENING CHAPTER 11 CASE**

1

1   This matter coming before the Court on the Motion of Greenberg Traurig, LLP and Bob L.
2   Olson for Expedited Order under Section 350 of the Bankruptcy Code Reopening Chapter 11 Case
3   [ECF. No. 218] (the "Motion to Reopen"); the Court after considering the Motion to Reopen, Park
4   Central Plaza 32, LLC's Opposition [ECF No. 258] (the "Opposition") to the Motion to Reopen,
5   the Reply of Greenberg Traurig, LLP and Bob L. Olson [ECF No. 260] (the "Reply") in support of
6   the Motion to Reopen, the representations and argument of counsel at the hearing on August 5,
7   2014 at 1:30 p.m., with all appearances being duly noted on the record, and for good cause, the
8   Court announced its findings of fact and conclusions of law on the record, which statements on the
9   record shall constitute the Court's findings of fact and conclusions of law under Fed.R.Civ.P. 52
10  as made applicable by Fed.R.Bankr.P. 7052 and 9014 and which are incorporated by reference
11  herein. The Court's findings include that (i) the Court has jurisdiction over this matter pursuant to
12  28 U.S.C. §§ 157 and 1334, and (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b). Any
13  finding of fact shall constitute a finding of fact, even if it is stated as a conclusion of law. Any
14  conclusion of law shall constitute a conclusion of law, even if it is stated as a conclusion of fact.
15  The Court having determined that the legal and factual basis set forth in the Motion to Reopen
16  establish just cause for the relief granted herein. The Court hereby orders as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion to Reopen is **GRANTED**.
2. The above-entitled case shall be reopened by the clerk's office.

**IT IS SO ORDERED.**

*Respectfully prepared and submitted by:*         Approved ~~or Disapproved~~ by:

_____                         _____
RICE REUTHER SULLIVAN &                           ENENSTEIN RIBAKOFF LAVINA & PHAM
CARROLL, LLP                                      ROBERT A. RABBAT, ESQ. (NSB #12633)
ANTHONY J. DIRAIMONDO (NSB                        3960 Howard Hughes Parkway
#10875)                                           Suite 280
DAVID A. CARROLL (NSB # 7643)                     Las Vegas, NV 89169

2

3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

*Counsel for Plaintiff Park Central Plaza 32, LLC*

**STEPTOE & JOHNSON LLP**
FILIBERTO AGUSTI (*Admitted Pro Hac Vice*)
JOSHUA R. TAYLOR (*Admitted Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052

*Counsel for Debtor's Counsel/Defendants Greenberg Traurig, LLP and Bob L. Olson*

**In accordance with LR 9021, counsel submitting this document certifies as follows (check one):**

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel for Plaintiff Park Central Plaza 32, LLC, Robert A. Rabbat, has approved this Order.

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###