*Bruce T Beesly*

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 14, 2014

**RICE REUTHER SULLIVAN &
CARROLL, LLP**
DAVID A. CARROLL (NSB # 7643)
ANTHONY J. DIRAIMONDO (NSB # 10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099 // Facsimile: (702) 732-7110
Email: dcarroll@rrsc-law.com
         adiraimondo@rrsc-law.com

**STEPTOE & JOHNSON LLP**
FILIBERTO AGUSTI (*pro hac vice*)
OSHUA R. TAYLOR (*pro hac vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:     (310) 734-3200 // Facsimile:
(310) 734-3300
Email: fagusti@steptoe.com
         jrtaylor@steptoe.com

Attorneys for Defendants Greenberg Traurig,
LLP & Bob L. Olson

**ENENSTEIN RIBAKOFF LAVINA &
PHAM**
ROBERT A. RABBAT, ESQ. (NSB #12633)
3960 Howard Hughes Parkway
Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808 // Facsimile: (702)
920-8228
Email: rrabbat@enensteinlaw.com

Attorneys for Plaintiff Park Central Plaza 32,
LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PARK CENTRAL PLAZA 32, LLC,<br><br>Debtors. | Case No. BK-S-11-14153-BTB<br><br>Chapter 11 |

PARK CENTRAL PLAZA 32, LLC,

          Plaintiff,

   vs.

GREENBERG TRAURIG LLP and
BOB L. OLSON,

          Defendants.

Adversary Proceeding No. 14-1096

**ORDER APPROVING JOINT STIPULATION RE SCHEDULE FOR MOTION TO REOPEN, RESPONSIVE PLEADING TO COMPLAINT & MOTION TO REMAND**

Defendants Greenberg Traurig LLP ("GT") and Bob L. Olson ("Olson" and collectively with GT, the "Defendants") and Plaintiff, Park Central Plaza 32, LLC ("PCP" or "Plaintiff") submitted to the Court their Joint Stipulation Regarding Schedule for (i) Defendants' Motion to Reopen, (ii) filing of the Defendants' responsive pleading to PCP's Complaint and (iii) PCP's Motion to Remand (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The Stipulation is GRANTED;

2. The deadline for PCP to file either (or both) (i) a Motion to Withdraw the Reference to the District Court or (ii) a Motion to Remand shall be 21 days after the date this Court enters the Order Granting the Motion to Reopen;

3. The deadline for Defendants to file any Opposition to the Motion to Withdraw the Reference and/or Motion to Remand shall be 21 days after the filing of such motion;

4. The deadline for PCP to file a Reply to any Opposition shall be 7 days after the filing of such Opposition;

5. The deadline for Defendants to file an answer or other responsive pleading to the Complaint in the Bankruptcy Court, Federal District Court or the State Court, as appropriate, shall be extended until the 21st day after the later of (i) the entry of an Order resolving the Motion to Withdraw or (ii) the entry of an Order resolving the Motion to Remand;

6. The Scheduling Conference set for September 30, 2014 at 11:00 a.m. shall be adjourned to November 25, 2014 at 11:00 a.m.; and

7. The parties shall not be required to file a discovery plan until 14 days after the filing of an answer;

IT IS SO ORDERED.

Prepared and Submitted:

RICE REUTHER SULLIVAN &
CARROLL, LLP
ANTHONY J. DIRAIMONDO (NSB
#10875)
DAVID A. CARROLL (NSB # 7643)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169

STEPTOE & JOHNSON LLP
FILIBERTO AGUSTI (*Admitted Pro Hac Vice*)
JOSHUA R. TAYLOR (*Admitted Pro Hac Vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052

*Counsel for Debtor's Counsel/Defendants Greenberg Traurig, LLP and Bob L. Olson*

ENENSTEIN RIBAKOFF LAVINA & PHAM
ROBERT A. RABBAT, ESQ. (NSB #12633)
3960 Howard Hughes Parkway
Suite 280
Las Vegas, NV 89169

*Counsel for Plaintiff Park Central Plaza 32, LLC*

# # #